**350**

■

**Andrew Jackson SMITH, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Feb. 16, 1973.

Gary R. Lorenz, John E. Taylor, Eubanks, Gardner & Lorenz, Louisville, for appellant.

Ed W. Hancock, Atty. Gen., Guy C. Shearer, Asst. Atty. Gen.. Frankfort, for appellee.

Memorandum opinion of the Court by Commissioner ROY N. VANCE, Affirming.*

■

**Walter CLARK, Appellant,**

v.

**AETNA LIFE INSURANCE COMPANY, Appellee.**

Court of Appeals of Kentucky.

Feb. 16, 1973.

Ronald W. May, Pikeville, for appellant.

Jack T. Page, Stephens, Combs & Page, Pikeville, for appellee.

Memorandum opinion of the Court by Commissioner CATINNA, Affirming.*

■

**Edd FERGUSON**

v.

**James DOWELL and David O. Dowell.**

Court of Appeals of Kentucky.

Feb. 16, 1973.

Richard P. Watts, Robert E. Hogan, Louisville, for appellant.

Wayne J. Carroll, Ewen, Mackenzie & Peden, Louisville, for appellees.

Opinion of the Court by Special Commissioner, JAMES M. LASSITER, Affirming.*

■

**FACTORY MUTUAL LIABILITY INSURANCE COMPANY OF AMERICA**

v.

**AIRPORT PARKING COMPANY OF CHICAGO.**

Court of Appeals of Kentucky.

Feb. 16, 1973.

Frank P. Doheny, Jr., Woodward, Hobson & Fulton, Louisville, for appellant.

William S. Bowman, Stiles & Miller, Louisville, for appellee.

Opinion of the Court by Special Commissioner, GEORGE O. BERTRAM, Affirming.*

* Opinion ordered not to be published.